**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Ali Afshar,**

**Plaintiff,**

**-against-**

**United States Food and Drug Administration, et al.,**

**Defendants.**

**1:26-cv-08147 (JPC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Clerk of Court is respectfully requested to mail an information package to Plaintiff.

**SO ORDERED.**

Dated: New York, New York
September 29, 2026

STEWART D. AARON
United States Magistrate Judge